**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
10-30796

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Josea Joao Dossantos<br><br>Debtor. | No. 4:10-bk-00818-JMM<br><br>Chapter 7<br><br>NOTICE OF LODGING ORDER |

Wells Fargo Bank, N.A., its agent, by and through its undersigned attorneys, hereby gives notice of the Lodging an Order for Relief, a copy of which is attached hereto as Exhibit "A".

DATED this 30th day of November, 2010.

                                          Respectfully submitted,

                                          TIFFANY & BOSCO, P.A.

                                          BY  /s/ LJM # 014228
                                                Mark S. Bosco
                                                Leonard J. McDonald
                                                Attorneys for Movant

Copy of the foregoing was
mailed this 30th day of November, 2010

Josea Joao Dossantos
11352 South Cienega Dam Place
Vail, AZ  85641
Pro Se Debtor

Trudy Nowak
4802 E. Ray Rd., # 23
PMB #418
Phoenix, AZ  85044
Trustee

U.S. Trustee
230 North 1st Avenue
Phoenix, AZ 85003-1706

By:  Julie Bush

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**
Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
10-30796

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Josea Joao Dossantos<br>       Debtor.<br>———————————————<br>Wells Fargo Bank, N.A.<br>       Movant,<br>  vs.<br><br>Josea Joao Dossantos, Debtor, Trudy Nowak, Trustee.<br><br>       Respondents. | No. 4:10-bk-00818-JMM<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #32) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

**EXHIBIT "A"**

property which is the subject of a Deed of Trust dated August 29, 2006 and recorded in the office of the Pima County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Josea Joao Dossantos has an interest in, further described as:

> LOT 49, OF RANCHO DEL LAGO, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PIMA COUNTY, ARIZONA, RECORDED IN BOOK 54 OF MAPS, PAGE 9.
>
> EXCEPTING THEREFROM ALL WATER RIGHTS WHATSOEVER AFFECTING, BENEFITING OR RUNNING WITH TITLE TO THE PROPERTY, WHETHER EXISTING UNDER REVISED CERTIFICATES OF WATER RIGHT RECORDED AS DOCKET 10053 AT PAGES 1413 AND 1415 AND AS DOCKET 10057 AT PAGE 1646 OR OTHERWISE

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.